# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0484. SHIVANI HOSPITALITY, LLC. v. CLACKUM INVESTMENTS, LLC.

Clackum Investments, LLC. filed a complaint for dispossessory in Cobb County State Court. On May 29, 2014, the state court awarded Clackum Investments over $18,000 and entered a writ of possession in favor of Clackum Investments and against Shivani Hospitality, LLC. Shivani Hospitality filed a notice of appeal from the order on May 30, 2014, and the appeal was docketed in this Court. Subsequently, Shivani Hospitality petitioned this Court for an extension of time to file its brief, asserting that on August 22, 2014, Shivani Hospitality filed a voluntary bankruptcy case under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia.

Although the record before us does not contain any documents regarding the bankruptcy filing, it appears from Shivani Hospitality's motion that this appeal is subject to an automatic stay due to the bankruptcy filing in federal court. However, the appellate courts of this State are constitutionally required to dispose of every case at the term of court for which it is entered on the court's dockets for hearing or at the next term of court. See 1983 Ga. Const., Art. VI, Sec. IX, Para. II. Consequently, this Court does not have the power to stay a case. See *Boardman v. Brenninkmeijer*, 328 Ga. App. 882 (763 SE2d 267) (2014). Accordingly, we REMAND this case to the trial court until the stay of proceedings is lifted. At that time, Shivani Hospitality

may re-institute the appeal by filing a new notice of appeal in the trial court within seven days of the date of the entry of the order in the bankruptcy court lifting the stay. See OCGA § 44-7-56; *DCA Architects v. American Bldg. Consultants*, 203 Ga. App. 598, 598-600 (1) (417 SE2d 386) (1992).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____12/16/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*